IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Civil Action No. 11-715 |
| v. | ) | Judge Lancaster |
| STEVEN LOUDEN, | ) | Electronically Filed |
| Defendant. | ) | |

**ORDER**

AND NOW, this 2nd day of June, 2011, upon consideration of the Consent Judgment and corresponding Settlement Agreement previously filed by the parties, it is hereby ORDERED ADJUDGED AND DECREED that the provisions are adopted as an ORDER of this Court, and this Order is entered as a final judgment of this Court.

_____
JUDGE GARY L. LANCASTER
CHIEF UNITED STATES DISTRICT JUDGE